IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | | |
|---|---|---|
| CHARLES EDWARD CONNERS, | ) | |
| | ) | |
|     Petitioner, | ) | |
| | ) | CIVIL ACTION NO. |
|     v. | ) | 2:17cv554-MHT |
| | ) | (WO) |
| ALABAMA BOARD OF PARDONS | ) | |
| AND PAROLES, et al., | ) | |
| | ) | |
|     Respondents. | ) | |

OPINION AND ORDER

This petition for a writ of habeas corpus is before the court on the recommendation of the United States Magistrate Judge that the case be transferred to the United States District Court for the Northern District of Alabama pursuant to 28 U.S.C. § 1631. Also before the court are petitioner's objections to the recommendation. After an independent and de novo review of the record, it is ORDERED as follows:

(1) The petitioner's objections (doc. no. 22) are overruled and the magistrate judge's recommendation (doc. no. 20) is adopted.

(2) This case is transferred to the United States District Court for the Northern District of Alabama.

The clerk of the court is DIRECTED to take appropriate steps to effect the transfer.

This case is closed in this court.

DONE, this the 22nd day of November, 2017.

                                  /s/ Myron H. Thompson
                               **UNITED STATES DISTRICT JUDGE**